JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Jankris Vineyards, ) | CV 08-08376-JVS |
| Falvey Cargo Underwriting Ltd., ) | ORDER OF DISMISSAL UPON |
| Plaintiff, ) | SETTLEMENT OF CASE |
| v. ) | |
| Jankris Vineyards, ) | |
| Defendant(s). ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action if settlement is not consummated.

DATED: February 22, 2010

_____
James V. Selna
United States District Judge